IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY VEGUILLA, | : | Civil No. 1:22-CV-0185 |
| Plaintiff, | : | |
| v. | : | |
| CARLOS TATTEGRAIN, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of February, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to proceed *in forma pauperis*, Doc. 2, is **GRANTED**.

2. Plaintiff's complaint, Doc. 1, is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania